# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-00006-11 |
| v. | (Chief Judge Brann)[*] |
| JOSE ISMAEL DILONE RODRIGUEZ, | |
| Defendant. | |

# ORDER

### NOVEMBER 4, 2025

Defendant in this matter has moved to discharge counsel and for the appointment of new counsel,[1] as well as to dismiss the indictment and disqualify Alina Habba from prosecuting him.[2] As the Government correctly points out,[3] one of Mr. Dilone Rodriguez's codefendants has litigated similarly. As in that case, and for the reasons stated therein,[4] **IT IS HEREBY ORDERED** that:

1. This matter is **STAYED** pending the resolution of appellate proceedings in the *Giraud* and *Pina* matters;

---

[*] The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.
[1] Doc. 130.
[2] Doc. 131.
[3] Doc. 132.
[4] Doc. 120.

2. The Government's letter, Doc. 132, incorporating its arguments at Docs. 114, 119, and 123, shall be considered a motion for reconsideration of the stay in this matter;

3. This matter is referred to a Magistrate Judge in the District of New Jersey to conduct the proceedings necessary to resolve Mr. Dilone Rodriguez's motion for new counsel, Doc. 130; and

4. Within three (3) days of appointment of new counsel or approval to proceed *pro se*, Mr. Dilone Rodriguez shall request a reasonable period of time to expeditiously submit a brief in opposition to the Government's motion for reconsideration.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding